**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **V.** | **NO. 10-173** |
| **COREY B. DOUGLAS** | **SECTION "L"** |

**ORDER AND REASONS**

Before the Court is Defendant Corey B. Douglas's Motion for Early Termination of Supervised Release. R. Doc. 66. The Government opposes the Motion. R. Doc. 69. Having considered the briefing in light of the applicable law and record facts, the Court will DENY the Motion for the following reasons.

Mr. Douglas has served only approximately two years of his ten years of imposed supervised release. Mr. Douglas asserts that he has conformed with all conditions of his supervised release as of yet, which the Government confirms. The Court commends Mr. Douglas for his steadfast adherence to the terms of his release. However, at this time, the Court will decline to grant Mr. Douglas early termination of his supervised release. The Court notes that settled case law holds that "compliance with the terms of supervised release and with the law alone is not enough to warrant early termination; such conduct is expected and required." *United States v. Jones*, No. 11-21, 2013 WL 2417927, at *1 (S.D. Tex. June 4, 2013). Considering that Mr. Douglas has not yet served half of his term of supervised release, *United States v. Seymore*, No. 07-358, 2023 WL 3976200, at *2 (E.D. La. June 13, 2023) (explaining that the defendant' s completion of "only about half of his term" militated against early termination), and that he has not met his burden by identifying any extraordinary or exceptional feats that would warrant the early termination of

his supervised release, the Court finds that continued supervision will continue to benefit Mr. Douglas and ensure the safety of the community. Accordingly;

**IT IS ORDERED** that Defendant's Motion, R. Doc. 66, is **DENIED**.

New Orleans, Louisiana, this 25th day of August, 2026.

United States District Judge